DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RUSTAVIUS KERR,**
Appellant,

v.

**J.P. MORGAN ALTERNATIVE LOAN TRUST 2006-S3, MORTGAGE PASS-THROUGH CERTIFICATES, U.S. BANK NATIONAL ASSOCIATION**, as Trustee,
Appellee.

No. 4D2022-2820

[December 21, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 50-2021-CA-010263-XXXX-MB.

Rustavius Kerr, Wellington, pro se.

William Nussbaum III of The Law Office of Gary I. Gassel, P.A., Sarasota, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***